UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARAH CHENEY,

    Plaintiff,

v.                                                        CASE NO: 8:12-cv-2505-T-26-TBM

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

    Defendant.
_____/

## O R D E R

Pending before the Court is Plaintiff's Motion for Attorney's Fees and Costs and Defendant's expedited Response. After reviewing the parties' submissions, this Court has no idea of what the parties are bickering over. If they have reached an agreement as to the amount to be paid for attorney's fees and costs, the Court assumes defense counsel will forward to Plaintiff's counsel a check representing the full amount of the agreed upon sums to be paid by Defendant, including $1000.00 in statutory damages, and Plaintiff will execute an appropriate release and then file a satisfaction of judgment. Accordingly, counsel for the parties are directed to confer *personally* within the next five (5) days to resolve an issue which should not require court intervention. They shall file a notice with this Court after they have *personally* conferred with regard to whether they have resolved their dispute. If they announce they have not, this Court will then set an expedited status conference on 24 hours' notice. In the meantime, the Motion for Attorney's Fees and Costs (Dkt. 11) is denied without prejudice.

**DONE AND ORDERED** at Tampa, Florida, on February 1, 2013.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record